B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Joseph J. Irizarry**
**Faith Ann Irizarry**
Debtor(s)

Case No. **10-24363**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> **Bac Home Loans Servicing** | **Describe Property Securing Debt:** <br> **Single family home located at:** <br> **589 SE Nome Drive** <br> **Port St. Lucie, Florida 34984** <br> **Legal Description:** <br> **PORT ST LUCIE-SECTION 39- BLK 2638** <br> **LOT 10 (MAP 44/16N) (OR 1346-1909)** |
|---|---|

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> **Bac Home Loans Servicing** | **Describe Property Securing Debt:** <br> **Single family home located at:** <br> **589 SE Nome Drive** <br> **Port St. Lucie, Florida 34984** <br> **Legal Description:** <br> **PORT ST LUCIE-SECTION 39- BLK 2638** <br> **LOT 10 (MAP 44/16N) (OR 1346-1909)** |
|---|---|

Property will be (check one):
☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt    ☐ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>G M A C | **Describe Property Securing Debt:**<br>2008 Mercury Mariner Premier<br>MILEAGE: 37,500 |

Property will be (check one):
    ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **April 11, 2013**      Signature **/s/ Joseph J. Irizarry**
                                                           **Joseph J. Irizarry**
                                                           Debtor

Date **April 11, 2013**      Signature **/s/ Faith Ann Irizarry**
                                                           **Faith Ann Irizarry**
                                                           Joint Debtor